# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2005

128402 & (88)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ESTATE OF RODERICK SYDNEY SMITH,
Deceased, by HARISSA KIRKSEY, as Personal
Representative and individually, and RODERICK
SYDNEY SMITH, JR. and ALEXIS NUBIA
SMITH, by their Best Friend
               Plaintiffs-Appellees,

v

SC: 128402
COA: 247154
Wayne CC: 96-642284-NO

DETROIT POLICE OFFICER LORI PIERCE,
DETROIT POLICE OFFICER CHARLES KELLY,
DETROIT POLICE OFFICER RICARDO
JENKINS, DETROIT POLICE SERGEANT
WILLIAM MacDONALD, DETROIT POLICE
COMMANDER BRODERICK WILLIAMS,
DETROIT CHIEF OF POLICE ISAIAH
McKINNON, and CITY OF DETROIT,
               Defendants,
and

DETROIT POLICE OFFICER PATRICK
MOORE,
               Defendant-Appellant.

_____/

On order of the Court, the motion to file a reply brief is GRANTED. The application for leave to appeal the December 21, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

WEAVER, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2005

_____
Clerk

t1201